UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

F I L E D
OCT 0 2 2007
CLERK'S OFFICE
DETROIT

USA,

Plaintiff(s),

v.

Case No. 2:07-mj-30444-JU

Timothy Edward Smith,

Defendant(s).

## NOTICE OF TRANSFER PURSUANT TO RULE 5(c)(3)(E) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

TO: U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

Enclosed are certified copies of the Order returning this case to your Court pursuant to Fed. R. Crim P. 5(c)(3)(E) and the docket sheet. The case record is electronic and can be viewed at our Court's Intranet website via the J-Net.

Please acknowledge receipt of this record by returning a time-stamped copy of this notice to:

Clerk's Office
U.S. District Court for the Eastern District of Michigan
231 W. Lafayette Blvd., 5th Floor
Detroit, MI
48226
(313) 234-5005

### Certification

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

DAVID J. WEAVER, CLERK OF COURT

By: s/ D. Peruski
Deputy Clerk

Dated: September 24, 2007

RECEIVED IN
DOCKETING

SEP 2 7 2007